UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NADINE E. LIMA,<br>      *Plaintiff*<br><br>v.<br><br>CITY OF EAST PROVIDENCE, by and through its Finance Director, Malcolm Moore and CITY OF EAST PROVIDENCE SCHOOL DEPARTMENT, by and through its Superintendent, individually and in her official capacity, KATHRYN CROWLEY.<br>      *Defendants* | C.A. No. 17-156<br><br>*{Superior Court No. PC-2017-1610}* |

**PETITION FOR REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendants, the City of East Providence, by and through its Finance Director, Malcolm Moore and the City of East Providence School Department, by and through its Superintendent, individually and in her official capacity, Kathryn Crowley, allege as follows:

1.  the City of East Providence, by and through its Finance Director, Malcolm Moore and the City of East Providence School Department, by and through its Superintendent, individually and in her official capacity, Kathryn Crowley ("defendants"), are defendants in the civil action filed in Providence County Superior Court, entitled, *Nadine Lima v. City of East Providence, et al; C.A. No. PC-2017-1610*.

2.  Attached hereto is a copy of the complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

3.  This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

4.  The above described action, as stated in plaintiff's complaint, is one of which this

Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of all defendants.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

Defendants,
By their attorneys,

/s/Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW LLC
211 Angell Street
Providence, RI 02906
401-272-4442
401-272-9937 – fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of April, 2017, the within document has been electronically filed and electronically served through the Superior Court's Electronic Filing System and is available for viewing and downloading from the Court's EFS system.

Sonja L. Deyoe, Esq.
sld@the-straight-shooter.com

/s/Marc DeSisto
Marc DeSisto