# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NADINE E. LIMA
    Plaintiff,

    v.                                    1:17-cv-00156-MSM-PAS

CITY OF EAST PROVIDENCE, et al.
    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on June 12, 2020, judgment is entered in favor of the Defendants and against the Plaintiff in accordance with Fed. R. Civ. P. 58.

<u>It is so ordered</u>.

June 12, 2020                                By the Court:

                                                    /s/ Hanorah Tyer-Witek.
                                                    Clerk of Court