# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Nadine Lima**

Plaintiff

v.

**City of East Providence, et al**

Defendant

Case No. **17-cv-156**

## NOTICE OF APPEAL

Notice is hereby given that **Nadine Lima**,
                                    Name

the **Plaintiff** in the above-referenced matter, hereby appeals to the
      Party type

United States Court of Appeals for the First Circuit from the **Final Judgment**
                                                                Final judgment or description of order

**for Defendants** entered in this action on **June 12, 2020**.
                                                                              Date of entry

Respectfully submitted,

*/s/ Sonja L Deyoe*

**Sonja L Deyoe**
Name

**6301**
Bar Number

**Law Offices of Sonja L Deyoe**
Firm/Agency

**395 Smith Street**
Address

**Providence, RI 02908**
City, State, Zip Code

Signature

**07/10/2020**
Date

**401-864-5877**
Telephone Number

**401-354-7464**
Fax Number

**SLD@the-straight-shooter.com**
E-mail Address