# United States Court of Appeals
## For the First Circuit

No. 20-1688

NADINE E. LIMA,

Plaintiff - Appellant,

v.

CITY OF EAST PROVIDENCE, by and through its Finance Director, Malcolm Moore; CITY OF EAST PROVIDENCE SCHOOL DEPARTMENT, by and through its Superintendent, individually and in her official capacity, Kathryn Crowley,

Defendants - Appellees.

**MANDATE**

Entered: November 24, 2021

    In accordance with the judgment of November 3, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Kathleen M. Daniels
Marc DeSisto
Michael A. DeSisto
Sonja Linnea Deyoe
Kathleen A. Hilton